NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INNOVAIR AVIATION LIMITED,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2010-5025

---

Appeal from the United States Court of Federal Claims in case no. 96-CV-408, Senior Judge Loren A. Smith.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the United States' motion for a 14-day extension of time, until June 10, 2010, to file its reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 2 8 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: H. Christopher Bartolomucci, Esq.
Sheryl L. Floyd, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 8 2010

JAN HORBALY
CLERK